Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Suite 600
Phoenix, AZ 85004-2322
TELEPHONE 602-229-5200

John M. O'Neal (015945)
John.ONeal@quarles.com

*Attorneys for Defendant Hatten Holdings, Inc. dba Mountainside Fitness*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Hatten Holdings, Inc. dba Mountainside Fitness,<br><br>Defendant. | NO. 2:25-cv-01481-MTL<br><br>**STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

The parties stipulate and jointly move the Court to extend Defendant Hatten Holdings, Inc.'s time to respond to the Complaint in this matter by thirty (30) days to June 27, 2025. The reason for the extension is to provide time for counsel for Defendant to review the matter and Plaintiff's allegations. This is the first request for an extension. The parties reserve all claims, arguments, and defenses, and this Stipulation is not intended to constitute a waiver of any such claims, arguments, and defenses.

/ / /

/ / /

QB\96572689.1

1 RESPECTFULLY SUBMITTED this 22nd day of May, 2025.

| | |
|---|---|
| PARONICH LAW, P.C.<br>350 Lincoln Street<br>Suite 2400<br>Hingham, MA  02043 | QUARLES & BRADY LLP<br>One Renaissance Square<br>Two North Central Avenue<br>Suite 600<br>Phoenix, AZ  85004-2322 |
| By: */s/ Anthony I. Paronich (w/permission)*<br>     Anthony I. Paronich<br><br>Attorneys for Plaintiff Chet Michael Wilson | By:  */s/ John M. O'Neal*<br>      John M. O'Neal<br><br>Attorneys for Defendant Hatten Holdings, Inc. dba Mountainside Fitness |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

*/s/ Kim Simmons*

QB\96572689.1