IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Chet Michael Wilson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Hatten Holdings, Inc. dba Mountainside Fitness,<br><br>Defendant. | NO. 2:25-cv-01481-MTL<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
|---|---|

Based upon the parties' Stipulation and Joint Motion to Extend Time to Respond to Complaint, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Hatten Holdings, Inc. shall have up to and including June 27, 2025 to respond to Plaintiff's Complaint in this matter.

QB\96572698.1