# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, | No. CV-25-01481-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Hatten Holdings Incorporated, | |
| Defendant. | |

Having reviewed the parties' stipulated Motion to Extend Time to Respond to Complaint (Doc. 7), and good cause appearing,

**IT IS ORDERED** granting the Motion. (Doc. 7.) Defendant shall file its answer or otherwise respond to the complaint by **June 27, 2025**.

Dated this 23rd day of May, 2025.

Michael T. Liburdi
United States District Judge