| | |
|---|---|
| 1 | Quarles & Brady LLP |
| 2 | One Renaissance Square<br>Two North Central Avenue |
| 3 | Suite 600<br>Phoenix, AZ  85004-2322 |
| 4 | TELEPHONE 602-229-5200 |

John M. O'Neal (015945)
John.ONeal@quarles.com
Jack Contrera (039704)
Jack.Contrera@quarles.com

*Attorneys for Defendant Hatten Holdings, Inc. dba Mountainside Fitness*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Hatten Holdings, Inc. dba Mountainside Fitness,<br><br>Defendant. | NO. 2:25-cv-01481-MTL<br><br>**STIPULATION AND JOINT MOTION TO SUBSTITUTE DEFENDANT** |

The parties stipulate and jointly move the Court for an Order stating the following:

- Plaintiff may file a motion, which Defendant does not oppose, under which the entity Mountainside Fitness Acquisition, LLC will be substituted as the Defendant for current Defendant Hatten Holdings, Inc.; and

- Upon the foregoing substitution of defendant becoming effective, Mountainside Fitness Acquisition, LLC may have two weeks to respond to the Complaint naming Mountainside Fitness Acquisition, LLC as defendant.

- To the extent needed and to allow for the substitution of Mountainside Fitness Acquisition, LLC as defendant, Hatten Holdings, Inc. has an additional two weeks to respond to the Complaint in this matter.  This is the second extension granted to Hatten

QB\115818.00004\97188074.2

Holdings, Inc. to respond to the Complaint.

The parties reserve all claims, arguments, and defenses, and this Stipulation is not intended to constitute a waiver of any such claims, arguments, and defenses.

RESPECTFULLY SUBMITTED this 26th day of June, 2025

| PARONICH LAW, P.C.<br>350 Lincoln Street<br>Suite 2400<br>Hingham, MA  02043 | QUARLES & BRADY LLP<br>One Renaissance Square<br>Two North Central Avenue<br>Suite 600<br>Phoenix, AZ  85004-2322 |
|---|---|
| By: */s/ Anthony L. Paronich (w/permission)*<br>    Anthony I. Paronich<br><br>*Attorneys for Plaintiff Chet Michael Wilson* | By: */s/ John M. O'Neal*<br>    John M. O'Neal<br>    Jack Contrera<br><br>*Attorneys for Defendant Hatten Holdings, Inc. dba Mountainside Fitness* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Debra L. Hitchens*

QB\115818.00004\97188074.2