IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Hatten Holdings, Inc. dba Mountainside Fitness,<br><br>Defendant. | NO. 2:25-cv-01481-MTL<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO SUBSTITUTE DEFENDANT** |

Based upon the parties' Stipulation and Joint Motion to Substitute Defendant, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff may move to substitute Mountainside Fitness Acquisition, LLC as the defendant for current Defendant Hatten Holdings, Inc.; and

IT IS FURTHER ORDERED that upon the substitution becoming effective, Mountainside Fitness Acquisition, LLC shall have two weeks to respond to the Complaint naming Mountainside Fitness Acquisition, LLC.  To the extent needed and to allow for the substitution of Mountainside Fitness Acquisition, LLC as defendant, Hatten Holdings, Inc. shall have an additional two weeks to respond to the Complaint.

QB\115818.00004\97188335.1