# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, | No. CV-25-01481-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Hatten Holdings Incorporated, | |
| Defendant. | |

Having reviewed the parties' Stipulation and Joint Motion to Substitute Defendant (Doc. 9), and good cause appearing therefore,

**IT IS ORDERED** that Plaintiff may move to substitute Mountainside Fitness Acquisition, LLC as the defendant for current Defendant Hatten Holdings, Inc.; and

**IT IS FURTHER ORDERED** that upon the substitution becoming effective, Mountainside Fitness Acquisition, LLC shall have two weeks to respond to the Complaint naming Mountainside Fitness Acquisition, LLC. To the extent needed and to allow for the substitution of Mountainside Fitness Acquisition, LLC as defendant, Hatten Holdings, Inc. shall have an additional two weeks to respond to the Complaint.

Dated this 27th day of June, 2025.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge