Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Suite 600
Phoenix, AZ  85004-2322
TELEPHONE 602-229-5200

John M. O'Neal (015945)
John.ONeal@quarles.com

*Attorneys for Defendant Hatten Holdings, Inc. dba Mountainside Fitness*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Hatten Holdings, Inc. dba Mountainside Fitness,<br><br>Defendant. | NO. 2:25-cv-01481-MTL<br><br>**STIPULATION AND JOINT MOTION FOR ORDER SUBSTITUTING DEFENDANT** |

The parties previously contemplated effecting a substitution of Mountainside Fitness Acquisition LLC in place of current defendant Hatten Holdings, Inc. via an unopposed motion to amend.  After further consideration, the parties have agreed to address the substitution of the defendant by stipulation and a proposed order rather than filing a motion and amended complaint.  In that regard, the parties stipulate and move the Court for an order which substitutes Mountainside Fitness Acquisition LLC as the defendant for Hatten Holdings, Inc.  A proposed form of that order is submitted herewith.

///

///

///

QB\97347476.1

RESPECTFULLY SUBMITTED this 8th day of July, 2025.

| | |
|---|---|
| PARONICH LAW, P.C.<br>350 Lincoln Street<br>Suite 2400<br>Hingham, MA  02043 | QUARLES & BRADY LLP<br>One Renaissance Square<br>Two North Central Avenue<br>Suite 600<br>Phoenix, AZ  85004-2322 |
| By:/s/ *Anthony I Paronich (w/permission)*<br>      Anthony I. Paronich | By: /s/ *John M. O'Neal*<br>      John M. O'Neal |
| *Attorneys for Plaintiff Chet Michael Wilson* | *Attorneys for Defendant Hatten Holdings, Inc. dba Mountainside Fitness* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

                                                                     /s/ *Debra L. Hitchens*

QB\97347476.1