IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>Hatten Holdings, Inc. dba Mountainside Fitness,<br><br>  Defendant. | NO. 2:25-cv-01481-MTL<br><br>**ORDER GRANTING SUBSTITUTION OF DEFENDANT** |

Pursuant to stipulation and for good cause shown,

IT IS HEREBY ORDERED that Mountainside Fitness Acquisition, LLC is substituted as defendant in this matter in place of Hatten Holdings, Inc. Hatten Holdings, Inc. is no longer a party to this case. Mountainside Fitness Acquisition, LLC shall have two weeks from the date of this order to respond to the complaint (ECF 1).

QB\97347515.1