# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, | No. CV-25-01481-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Hatten Holdings Incorporated, | |
| Defendant. | |

Pursuant to the parties' stipulation for order substituting defendant (Doc. 11), and good cause appearing,

**IT IS THEREFORE ORDERED** that Mountainside Fitness Acquisition, LLC is substituted as defendant in this matter in place of Hatten Holdings, Inc. Hatten Holdings, Inc. is no longer a party in this case. Mountainside Fitness Acquisition, LLC shall have two weeks from the date of this Order to respond to the Complaint (Doc. 1).

Dated this 11th day of July, 2025.

Michael T. Liburdi
United States District Judge