# EXHIBIT A

# EXHIBIT A

Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Suite 600
Phoenix, AZ  85004-2322
TELEPHONE 602-229-5200

John M. O'Neal (015945)
John.ONeal@quarles.com

*Attorney for Defendant Mountainside Fitness Acquisition, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and on behalf of all others similarly situated, | NO. 2:25-cv-01481-MTL |
| Plaintiff, | **CERTIFICATE OF GOOD FAITH CONSULTATION REGARDING DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| Mountainside Fitness Acquisition, LLC | |
| Defendant. | |

Pursuant to LR 12.1(c), Defendant Mountainside Fitness Acquisition, LLC certifies that Defendant's counsel Zac Foster (whose *pro hac vice* application is forthcoming) communicated by email with Plaintiff's counsel regarding Defendant's Motion to Dismiss (the "Motion") and the issues raised in the Motion.  Counsel for both parties participated in good faith and were unable to agree that the issues asserted in the Motion could be cured by amendment.

RESPECTFULLY SUBMITTED this 25th day of July, 2025

QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue, Suite 600
Phoenix, AZ  85004-2322

By: */s/ John M. O'Neal*
John M. O'Neal

*Attorney for Defendant Mountainside Fitness Acquisition LLC*

QB\115818.00004\97660501.1