Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Attorney for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> MOUNTAINSIDE FITNESS ACQUISITION LLC <br><br> *Defendant*. | Case No. 2:25-cv-1481-MTL |

### UNOPPOSED MOTION FOR EXTENSION
### OF TIME TO FILE RESPONSE TO MOTION TO DISMISS (ECF NO. 13)

Plaintiff Chet Michael Wilson, by and through undersigned counsel, respectfully moves the Court for an extension of time of 30 days, up to and including September 8, 2025, to file his response to Defendant's Motion to Dismiss (ECF No. 13). In support of this Motion, Plaintiff states as follows:

1. Defendant filed its Motion to Dismiss on July 29, 2025 (ECF No. 13), making Plaintiff's response currently due on August 8, 2025.

2. The extension is requested to allow Plaintiff additional time to fully evaluate and respond to the arguments raised in the Motion to Dismiss.

3. Counsel for Plaintiff has conferred with counsel for Defendant, who does not oppose the requested extension.

4. This request is made in good faith and not for purposes of delay.

5. No other deadlines will be affected by this request.

WHEREFORE, Plaintiff respectfully requests that the Court grant this unopposed motion and extend the deadline to file a response to the Motion to Dismiss to September 8, 2025.

## MEET AND CONFER CERTIFICATION

Pursuant to LRCiv 7.3(b), the undersigned certifies that counsel for Plaintiff conferred with counsel for Defendant regarding the subject of this motion. Defendant does not oppose the relief requested herein.

DATED this 5th day of August, 2025.

**PLAINTIFF**, individually and on behalf of all others similarly situated,

By: */s/ Anthony I. Paronich*

*Attorney for Plaintiff and the putative Class*