# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MOUNTAINSIDE FITNESS ACQUISITION LLC<br><br>*Defendant.* | Case No. 2:25-cv-1481-MTL |

## [PROPOSED] ORDER ON MOTION FOR EXTENSION OF TIME

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to File a Response to the Motion to Dismiss (ECF No. 13), and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. Plaintiff shall have up to and including September 8, 2025, to file his response to Defendant's Motion to Dismiss.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Michael T. Liburdi
United States District Judge