# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson,<br><br>    Plaintiff,<br><br>v.<br><br>Mountainside Fitness Acquisition LLC,<br><br>    Defendant. | No. CV-25-01481-PHX-MTL<br><br>**ORDER** |

  Having received Plaintiff's unopposed motion for extension of time (Doc. 14) to file a response to Defendant's motion to dismiss (Doc. 13), and good cause appearing,

  **IT IS ORDERED granting** the unopposed motion (Doc. 14). The deadline for Plaintiff to respond to Defendant's motion to dismiss (Doc. 13) is extended to **Monday, September 8, 2025**.

  Dated this 6th day of August, 2025.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge