Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Suite 600
Phoenix, AZ  85004-2322
TELEPHONE 602-229-5200

John M. O'Neal (015945)
John.ONeal@quarles.com

*Attorney for Defendant Mountainside Fitness Acquisition, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>v.<br>Mountainside Fitness Acquisition, LLC<br><br>  Defendant. | NO. 2:25-cv-01481-MTL<br><br>**CORPORATE AND DIVERSITY DISCLOSURE STATEMENT OF DEFENDANT MOUNTAINSIDE FITNESS ACQUISITION, LLC** |

This Corporate Disclosure Statement is filed on behalf of Defendant Mountainside Fitness Acquisition, LLC ("Mountainside") in compliance with the provisions of the following:

  _X_  Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ____  Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the

QB\115818.00004\97834111.1

action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

_____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__ No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

                           Relationship

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

RESPECTFULLY SUBMITTED this 11th day of August, 2025.

> QUARLES & BRADY LLP
> One Renaissance Square
> Two North Central Avenue
> Suite 600
> Phoenix, AZ  85004-2322
>
> By: */s/ John M. O'Neal*
>      John M. O'Neal
>
> *Attorney for Defendant Mountainside Fitness Acquisition LLC*

QB\115818.00004\97834111.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

                                                */s/ Debra L. Hitchens*

QB\115818.00004\97834111.1