Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Suite 600
Phoenix, AZ  85004-2322
TELEPHONE 602-229-5200

John M. O'Neal (015945)
John.ONeal@quarles.com
Zachary S. Foster (FL #111980) *(admitted Pro Hac Vice)*
Zachary.foster@quarles.com)
John H. Contrera (039704)
Jack.Contrera@quarles.com

*Attorneys for Defendant Mountainside Fitness Acquisition, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Mountainside Fitness Acquisition, LLC<br><br>Defendant. | NO. 2:25-cv-01481-MTL<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 13)** |

Defendant Mountainside Fitness Acquisition, LLC ("Mountainside"), by and through undersigned counsel, respectfully moves the Court for an extension of time of 21 days, up to and including **October 6, 2025**, to file its *Reply in Support of Motion to Dismiss* (ECF No. 13). In support of this Motion, Defendant states as follows:

1. Plaintiff Chet Michael Wilson ("Plaintiff") filed his *Response to Defendant's Motion to Dismiss* (the "Response") on September 8, 2025 (ECF No. 17), making Mountainside's Reply currently due on September 15, 2025.

2. The extension is requested to allow Mountainside additional time to fully evaluate and respond to the arguments made in the Response.

3. Counsel for Mountainside has conferred with counsel for Plaintiff, who does not oppose the requested extension.

4. This request is made in good faith and is not for purposes of delay.

5. No other deadlines will be affected by this request.

6. This is Mountainside's first request for an extension to respond to Plaintiff's Response.

WHEREFORE, Mountainside respectfully requests that the Court grant this unopposed motion and extend the deadline to file a Reply in Support of Motion to Dismiss to October 6, 2025.

RESPECTFULLY SUBMITTED this 12th day of September, 2025

QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Suite 600
Phoenix, AZ  85004-2322

By: */s/ John M. O'Neal*
John M. O'Neal
Zachary S. Foster
John H. Contrera

*Attorneys for Defendant Mountainside Fitness Acquisition, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

   */s/ Pamela Worth*

- 2 -