IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Hatten Holdings, Inc. dba Mountainside Fitness,<br><br>Defendant. | NO. 2:25-cv-01481-MTL<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 13)** |

Based upon the parties' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Mountainside Fitness Acquisition, LLC. shall have up to and including **October 6, 2025** to file it's *Reply in Support of Motion to Dismiss* (ECF No. 13).

QB\96572698.1