# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, | No. CV-25-01481-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Mountainside Fitness Acquisition LLC, | |
| Defendant. | |

Having received Defendant's unopposed motion for extension of time (Doc. 18) to file a reply in support of Defendant's motion to dismiss (Doc. 13),

**IT IS ORDERED granting** the unopposed motion (Doc. 18). The deadline for Defendant to reply in support of its motion (Doc. 13) is extended to **October 6, 2025.**

Dated this 12th day of September, 2025.

Michael T. Liburdi
United States District Judge