Matthew W.H. Wessler*
Michael Skocpol*
GUPTA WESSLER LLP
2001 K Street NW, Suite 850 North
Washington, DC 20006
Telephone: (202) 888-1741
matt@guptawessler.com

Anthony Paronich
PARONICH LAW PC
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff Chet Michael Wilson*

*admitted pro hac vice

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and as representatives of the class,<br><br>Plaintiff,<br><br>v.<br><br>Mountainside Fitness Acquisition LLC,<br><br>Defendant. | Case No. 2:25-cv-01481-MTL<br><br>PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY |

Plaintiff Chet Michael Wilson submits this notice of supplemental authority to alert the Court to *Mujahid v. Newity, LLC*, 2025 WL 3140725 (N.D. Ill. Nov. 10, 2025), a decision issued recently that bears on the pending motion to dismiss in this case, ECF 13.

*Mujahid* holds that "a 'telephone call' as used in [47 U.S.C.] § 227(c) encompasses … text messages," because "nothing in the text, structure, or purpose of the TCPA suggests a distinction between an unsolicited voice call and an unsolicited written text message." 2025 WL 3140725, at *3. In reaching that conclusion, the court recognized that text messages "fall[] within" "the plain meaning of the phrase 'telephone call.'" *Id.* at *2. *Mujahid* also concludes that interpreting § 227(c) to encompass text messages is further supported by: the fact that the word "call" encompasses text messages in § 227(b); the broader "purpose and context" of § 227(c) and the Telephone Consumer Protection Act generally, including the statute's capacious definition of "telephone solicitations"; the FCC's interpretation of the word "call"; and "the weight of authority" among other district courts to have considered this issue. *Id.* at *2–3.

*Mujahid*'s result and reasoning therefore support Mr. Wilson's position that the pending motion to dismiss should be denied.

A copy of the order in *Mujahid* is attached as **Exhibit A**.

RESPECTFULLY SUBMITTED this 24th day of November, 2025,

    Matthew W.H. Wessler*
    Michael Skocpol*
    GUPTA WESSLER LLP
    2001 K Street NW, Suite 850 North
    Washington, DC 20006
    Telephone: (202) 888-1741
    michael@guptawessler.com

    Anthony Paronich
    PARONICH LAW PC
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043

Telephone: (508) 221-1510
anthony@paronichlaw.com

By: /s/ Michael Skocpol
     Michael Skocpol

*Counsel for Plaintiff and the Proposed Class*

*admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2025, a true and correct copy of the foregoing notice of supplemental authority was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: November 24, 2025          By:   /s/ Michael Skocpol
                                        Michael Skocpol

- 3 -