Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Suite 600
Phoenix, AZ 85004-2322
TELEPHONE 602-229-5200

John M. O'Neal (015945)
John.ONeal@quarles.com
Zachary S. Foster (FL #111980) (*admitted Pro Hac Vice*)
Zachary.Foster@quarles.com
John H. Contrera (039704)
Jack.Contrera@quarles.com

*Attorneys for Defendant Mountainside Fitness Acquisitions, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Mountainside Fitness Acquisitions, LLC<br><br>Defendant. | NO. 2:25-cv-01481-MTL<br><br>**MOTION FOR LEAVE TO APPEAR BY TELEPHONE FOR FEBRUARY 18, 2026 RULE 16 SCHEDULING CONFERENCE** |

Defendant Mountainside Fitness Acquisitions, LLC ("Mountainside") hereby moves the Court for leave to appear by telephone for the upcoming February 18, 2026, Rule 16 Scheduling Conference.

This Court's Local Rules envision telephonic appearances, in the Court's discretion, provided all conversations are audible to each participant and to the Court. *See* LRCiv 7.2(h). To that end, if Mountainside's request is granted, they will provide a conference call number for their and this Court's use during the Scheduling Conference.

Good cause exists for this request. Mountainside's lead counsel is located in Tampa, Florida. Conducting the Scheduling Conference by telephone would allow Mountainside's counsel to avoid cross-country travel, as well as the costs and attorneys' fees associated therewith.

A proposed form of Order allowing telephonic appearances is submitted herewith.

RESPECTFULLY SUBMITTED this 23rd day of January, 2026.

QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue, Suite 600
Phoenix, AZ  85004-2322

By: _/s/ John M. O'Neal_
  John M. O'Neal
  Zachary S. Foster
  John H. Contrera

*Attorneys for Defendant Mountainside
Fitness Acquisitions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

_/s/Pam Worth_