IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Mountainside Fitness Acquisitions, LLC<br><br>Defendant. | NO. 2:25-cv-01481-MTL<br><br>**[PROPOSED] ORDER** |

 Pending before the Court is Defendant's *Motion for Leave to Appear by Telephone for February 18, 2026 Rule 16 Scheduling Conference*. For good cause shown,

 **IT IS HEREBY ORDERED GRANTING** Defendant's Motion for Leave to Appear by Telephone.