Anthony Paronich
PARONICH LAW PC
350 Lincoln St., Ste. 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff Chet Michael Wilson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and as representatives of the class,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>Mountainside Fitness Acquisitions, LLC,<br><br>　　　　　　　　　Defendant. | Case No. 2:25-cv-01481-MTL<br><br>NOTICE OF JOINDER IN DEFENDANT'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE |

Plaintiff, by and through undersigned counsel, hereby joins Defendant Mountainside Fitness Acquisitions, LLC's Motion for Leave to Appear by Telephone for the February 18, 2026 Rule 16 Scheduling Conference (Doc. 32). Good cause exists for Plaintiff's joinder. Like Defendant's lead counsel, Plaintiff's undersigned counsel is located across the country, and a telephonic appearance would avoid unnecessary cross-country travel, expense, and the associated attorneys' fees, while still allowing for full and effective participation in the Rule 16 Conference. Plaintiff notes that Defendant did not confer with Plaintiff prior to filing the Motion. Had Defendant done so, Plaintiff would have joined the Motion in the first instance.

For these reasons, Plaintiff respectfully requests that the Court grant Defendant's Motion and permit all counsel to appear telephonically at the February 18, 2026 Rule 16 Scheduling Conference.

By:

/s/ *Anthony Paronich*
Anthony Paronich
PARONICH LAW PC
350 Lincoln St., Ste. 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff and the Proposed Class*