# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson,<br><br>Plaintiff,<br><br>v.<br><br>Mountainside Fitness Acquisition LLC,<br><br>Defendant. | No. CV-25-01481-PHX-MTL<br><br>**ORDER** |

Having considered the Motion for Leave to Appear by Telephone for February 18, 2026 Rule 16 Scheduling Conference (Doc. 32) and the Notice of Joinder in Defendant's Motion for Leave to Appear by Telephone (Doc. 33), and good cause appearing,

**IT IS ORDERED** granting the Motion (Doc. 32). Out-of-state counsel for both parties may appear telephonically at the Rule 16 Scheduling Conference set for February 18, 2026 at 10:30 a.m.

**IT IS FURTHER ORDERED** directing the parties' out-of-state counsel to call (855) 244-8681 a few minutes prior to the time set for the hearing and use Access Code: 2315-590-1901. Please avoid the use of headsets or speaker phone.

Dated this 27th day of January, 2026.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge