Matthew W.H. Wessler*
GUPTA WESSLER LLP
2001 K Street NW, Suite 850 North
Washington, DC 20006
Telephone: (202) 888-1741
matt@guptawessler.com

Anthony Paronich
PARONICH LAW PC
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff Chet Michael Wilson*

*admitted pro hac vice

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and as representatives of the class,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Mountainside Fitness Acquisition LLC,<br><br>　　　　　　　　Defendant. | Case No. 2:25-cv-01481-MTL<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

1  The plaintiff provides notice of the withdrawal of Michael Skocpol, admitted *pro*
2  *hac vice*, as counsel in this matter. The plaintiff will continue to be represented by other
3  counsel from Gupta Wessler LLP who have appeared in this case.

5  RESPECTFULLY SUBMITTED this 18th day of February, 2026,

Matthew W.H. Wessler*
GUPTA WESSLER LLP
2001 K Street NW
Suite 850 North
Washington, DC 20006
Telephone: (202) 888-1741
matt@guptawessler.com

Anthony Paronich
PARONICH LAW PC
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

By:  */s/ Matthew W.H.Wessler*
        Matthew W.H. Wessler

*Counsel for Plaintiff and the Proposed Class*

*admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2026, a true and correct copy of the foregoing notice of supplemental authority was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: February 18, 2026          By:   */s/ Matthew W.H. Wessler*
                                        Matthew W.H. Wessler