Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Suite 600
Phoenix, AZ  85004-2322
TELEPHONE 602-229-5200

John M. O'Neal (015945)
John.ONeal@quarles.com
Zachary S. Foster (FL #111980)
Zachary.Foster@quarles.com
John H. Contrera (039704)
Jack.Contrera@quarles.com

*Attorneys for Defendant Mountainside Fitness Acquisitions, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and as representatives of the class,<br><br>Plaintiff,<br><br>v.<br><br>Mountainside Fitness Acquisitions, LLC,<br><br>Defendant. | NO. 2:25-cv-01481-MTL<br><br>**STIPULATION AND JOINT MOTION FOR PROTECTIVE ORDER** |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff Chet Michael Wilson and Defendant Mountainside Fitness Acquisitions, LLC (collectively, the "Parties"), by and through their respective undersigned counsel, hereby move the Court for entry of the attached Protective Order.

The grounds for this motion are as follows:

1.  The Parties believe in good faith that certain information discoverable in this case consists of proprietary information and/or nonpublic technical, commercial, financial, personal or business information that the Parties respectively maintain in confidence in the ordinary course of business as contemplated by Rule 26(c).

2.  The Parties reasonably believe that public disclosure of such confidential

information would cause financial, competitive, and/or personal harm to the disclosing party and, as a result, believe that good cause exists for the entry of a protective order.

3. The Parties agree that the Protective Order, attached hereto, is necessary to facilitate discovery and protect the confidentiality of and rights to information and documents disclosed in connection with this litigation, including the confidentiality of documents sought from certain third parties.

4. The Parties believe it is narrowly tailored to protect the aforementioned confidential and trade secret information.

WHEREFORE, the Parties jointly request that the Court enter the attached Protective Order.

DATED this 12th day of March, 2026.

| | |
|---|---|
| **PARONICH LAW, P.C.** | **QUARLES & BRADY LLP** |
| /s/ Anthony Paronich (w/permission) | /s/ John M. O'Neal |
| Anthony Paronich | John M. O'Neal |
| anthony@paronichlaw.com | One Renaissance Square |
| 350 Lincoln Street, Suite 2400 | Two North Central Avenue, Suite 600 |
| Hingham, MA 02043 | Phoenix, AZ  85004-2322 |
| Telephone: (617) 485-0018 | Tel: 602-229-5200 |
| Facsimile: (508) 318-8100 | |
| | *Attorneys for Defendant Mountainside Fitness Acquisitions, LLC* |
| *Attorney for Plaintiff  Chet Michael Wilson* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

                                         */s/ Pamela Worth*