Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Suite 600
Phoenix, AZ 85004-2322
TELEPHONE 602-229-5200

John M. O'Neal (015945)
John.ONeal@quarles.com
Zachary S. Foster (FL #111980)
Zachary.Foster@quarles.com
John H. Contrera (039704)
Jack.Contrera@quarles.com

*Attorneys for Defendant Mountainside Fitness
Acquisitions, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and as representatives of the class,<br><br>Plaintiff,<br><br>v.<br><br>Mountainside Fitness Acquisitions, LLC,<br><br>Defendant. | NO. 2:25-cv-01481-MTL<br><br>**DEFENDANT MOUNTAINSIDE FITNESS ACQUISITIONS, LLC'S NOTICE OF SERVICE OF DISCOVERY** |

Defendant Mountainside Fitness Acquisitions, LLC ("Mountainside"), by and through undersigned counsel, hereby gives notice that on March 25, 2026, it served Plaintiff Chet Michael Wilson with the following discovery by email:

1.    Defendant Mountainside Fitness Acquisitions, LLC's Requests for Production to Plaintiff;

2.  Defendant Mountainside Fitness Acquisitions, LLC's Interrogatories to Plaintiff.

DATED this 25th day of March, 2026.

//

QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue, Suite 600
Phoenix, AZ  85004-2322


By:   */s/ John M. O'Neal*
      John M. O'Neal
      Zachary S. Foster
      John H. Contrera

*Attorneys for Defendant Mountainside*
*Fitness Acquisitions, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2026, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorney of record:

Anthony Paronich
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
*Attorney for Plaintiff Chet Michael Wilson*

           */s/ Pam Worth*____