**QUARLES & BRADY LLP**
One Renaissance Square
Two North Central Avenue, Suite 600
Phoenix, AZ  85004-2322
TELEPHONE 602-229-5200

John M. O'Neal (015945)
John.ONeal@quarles.com
Zachary S. Foster (FL #111980) (*admitted Pro Hac Vice*)
Zachary.Foster@quarles.com
John H. Contrera (039704)
Jack.Contrera@quarles.com

*Attorneys for Defendant Mountainside Fitness
Acquisition, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Mountainside Fitness Acquisition, LLC<br><br>Defendant. | NO. 2:25-cv-01481-MTL<br><br>**JOINT REPORT REGARDING GOOD FAITH SETTLEMENT TALKS** |

The undersigned counsel, on behalf of all parties to this action, respectfully submit this *Joint Report Regarding Good Faith Settlement Talks* pursuant to the Court's Scheduling Order, and state as follows:

1.    In compliance with the Court's Scheduling Order, all parties and their counsel have engaged in good-faith settlement talks on or before June 19, 2026.

2.    As a result of the parties' settlement discussions, the parties have agreed to participate in mediation, which is scheduled to occur on August 6, 2026.

3.    Pending the outcome of that mediation, the parties will promptly notify the Court of the result.

4.    The parties do not anticipate requiring a Magistrate Judge or further assistance from the Court in furtherance of settlement negotiations at this time.

This Joint Report is submitted by or on behalf of all counsel of record in this matter.


RESPECTFULLY SUBMITTED this 25th day of June, 2026.

**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018

**QUARLES & BRADY LLP**
One Renaissance Square
Two North Central Avenue
Suite 600
Phoenix, AZ  85004-2322


By: *Anthony Paronich (w/ permission)*
Anthony Paronich

*Attorney for Plaintiff Chet Michael Wilson*

By:*/s/ John M. O'Neal*
John M. O'Neal
Zachary S. Foster
John H. Contrera

*Attorneys for Defendant Mountainside Fitness Acquisition, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

*/s/ Pamela Worth*