Ryan D. Watstein (*Pro Hac Vice*)
ryan@wtlaw.com
WATSTEIN TEREPKA LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
TELEPHONE (404) 783-0695

John M. O'Neal (015945)
John.Oneal@quarles.com
Zachary S. Foster (*Pro Hac Vice*)
Zachary.Foster@quarlescom
John H. Contrera (039704)
Jack.Contrera@quarles.com
Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue Suite 600
Phoenix, AZ 85004-2322
TELEPHONE (602) 229-5200

*Attorneys for Defendant*
*Mountainside Fitness Acquisition, LLC*

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Mountainside Fitness Acquisition, LLC,<br><br>Defendant. | NO. 2:25-cv-01481-MTL<br><br>**DECLARATION OF CRAIG COTE IN SUPPORT OF DEFENDANT MOUNTAINSIDE FITNESS ACQUISITION, LLC'S MOTION TO DENY CLASS CERTIFICATION** |

1.    My name is Craig Cote. I am the Chief Executive Officer of Mountainside Fitness Acquisition, LLC ("Mountainside" or "Defendant"). I am over the age of 18, of sound mind, and competent to make this Declaration. I make this Declaration based on my personal knowledge.

2.    Mountainside operates fitness clubs in the Phoenix metropolitan area.

3.    It does not cold-text strangers.

4.    To the contrary, Mountainside texts only people who provide their phone numbers in connection with actual or prospective memberships.

5.    In July 2023 the Curtis family, a family of new members and apparent Oregon transplants, signed up for a family membership at Mountainside's Surprise, Arizona location and provided several phone numbers associated with their individual profiles. A true and correct copy of the membership agreement, confirming the same, is attached hereto as **Exhibit A**.

6.    David Curtis, one of the family members, apparently not wanting to provide his real number, provided his area code followed by 999-9999. A true and correct copy of Mr. Curtis's membership profile, confirming the same, is attached hereto as **Exhibit B**.

7.    After Mr. Curtis provided that phone number, Mountainside sent it five text messages regarding personal training programs. Each text message invited the recipient to respond "STOP" if they no longer wished to receive such messages.

8.    Mountainside never received a "STOP" text message in response to the text messages it sent to the 999-9999 number.

- 1 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 3rd, 2026 in Scottsdale, AZ.

_____
Craig Cote

- 2 -

# EXHIBIT A

 **MOUNTAINSIDE FITNESS**

**Mountainside Fitness - Surprise**
15455 W BELL RD
SURPRISE AZ   85374

Club # 9794    Agreement #: 9794-12709
Barcode: MFC794345
Date: 07/02/2023
Agreement Type: New

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of sex or marital status. The agency that administers compliance with the law is the Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

MARIA (First Name)    CURTIS (Last Name)    Middle Initial

[Street Address - redacted]    Surprise (City)    AZ (State)    85379 (Zip Code)

(541) [redacted] (Cell Phone)    (541) [redacted] (Primary Phone)    [Birth Date - redacted]    Female (Gender)

[redacted]@HOTMAIL.COM (E-Mail Address)    (Work Phone)    Walk-In -Drive by (Source)

. . . . . **Members with Access to Club Facility** . . . . .

| DAVID CURTIS | MAXIMUS CURTIS | ROCCO CURTISS | |
|---|---|---|---|
| PRIMARY MEMBER | FAMILY MEMBER | FAMILY MEMBER | FAMILY MEMBER |
| Birthday: [redacted] | Birthday: [redacted] | Birthday: [redacted] | Birthday: |
| Gender: Unknown | Gender: Unknown | Gender: Unknown | Gender: |
| Barcode ID: MFC794369 | Barcode ID: MFC794346 | Barcode ID: MFC794370 | Barcode ID: |

## Membership Privileges, Notices, Disclosures & Agreements

**MEMBERSHIP TYPE:** Family

**RENEWAL PROGRAM OPTIONS:**

[x] **MONTH TO MONTH MEMBERSHIP:** The Member agrees to make monthly payments according to the terms of this agreement. This agreement may be cancelled at any time with a 30 day written notice. The Member will be required to make payments that are due within the 30 day notice. This agreement may only be cancelled as provided on the Reverse Side of this Agreement.
Member Initials _MU_

[ ] **TERM AGREEMENT WITH AUTOMATIC RENEWAL:** Provided that Member is not in default of this agreement and subject to the terms and conditions hereof, the membership will automatically renew for the Rate of $_____ per month upon the renewal date of ____ months from Agreement/Contract start date. Agreements/Contracts will automatically renew at the end of each ____ month term. Agreements may be canceled at any time with conditions. All members may cancel within 30 days of term expiration at the end of stated term at no cost. Members who cancel while in the terms of the agreement agree to pay a 25% buyout of remaining value of agreement. The Member will be required to make payments that are due prior to the renewal date to avoid renewal. This agreement may only be cancelled as provided on the Reverse Side of this Agreement.
Member Initials _____

[ ] **PAID IN FULL MEMBERSHIP:** This is a non-refundable, non-transferable Paid in Full membership that will expire on _____. This agreement may only be cancelled as provided on the Reverse Side of this Agreement.

[ ] **PAID IN FULL MEMBERSHIP WITH AUTOMATIC RENEWAL:** Renewal payment will be due on _____ for the amount of $_____, and will continue _____ until the Member requests cancellation. This agreement may only be cancelled as provided on the Reverse Side of this Agreement.
Member Initials _____

**Annual Fee** amount $ 55.00. The purpose of the annual Annual Fee is to maintain and improve the equipment and services provided for the facilities. This fee will be collected on 10/03/2023 and annually thereafter.
Member Initials _MC_

Notwithstanding any other provisions of this Agreement, you understand and agree that the amount of your monthly membership dues is based on current sales tax rates and to the extent such rates should increase during your membership, the club has the right to increase your monthly membership dues by the amount of such increase. If you have requested the privilege of paying your monthly dues by pre-authorized electronic funds transfer, the monthly amount so transferred will be adjusted to reflect any increase in the sales tax rate.

| | | |
|---|---|---|
| 1. Your Membership Begins: | | 07/02/2023 |
| 2. Term Obligation Date: | | OPEN |
| 3. Processing Fee: | | $ 0.00 |
| 4. PIF Annual Fee: | | $ 0.00 |
| 5. 1st Months Dues or PIF Dues: | | $ 0.00 |
| 6. Last Months Dues: | | $ 102.50 |
| 7. Services Added Down Payment: | | $ 0.00 |
| 8. Total Due Today: | | $ 104.76 |
| 9. Total Payment Obligation (Including Annual Fee): | | |

**DEFAULT AND LATE PAYMENTS:** Should you default on any payment obligation as called for in this agreement, the club will have the right to declare the entire remaining balance due and payable and you agree to pay all allowable interest, and all costs of collection, including but not limited to collection agency fees, court costs, and attorney fees. A default occurs when any payment due under this agreement is more than ten days late. **A SERVICE FEE WILL BE CHARGED IMMEDIATELY FOR ANY CHECK, DRAFT, CREDIT CARD, OR ORDER RETURNED FOR INSUFFICIENT FUNDS OR ANY OTHER REASON.** If the Member is paying monthly dues by electronic funds transfer (EFT), the club's billing company, ABC Fitness Solutions, LLC, reserves the right to draft via EFT all amounts owed by the Member including any and all late fees and service fees. Subject to appropriate State and Federal Law.

| 1st Payment Schedule: | DUES | |
|---|---|---|
| Number of Payments | Monthly Payment Amount | Payment Due Date |
| Open | $ 102.50 | 08/03/2023 |

| 2nd Payment Schedule: | | |
|---|---|---|
| Number of Payments | Monthly Payment Amount | Payment Due Date |
| | $ | |

| 3rd Payment Schedule: | | |
|---|---|---|
| Number of Payments | Monthly Payment Amount | Payment Due Date |
| | $ | |

| 4th Payment Schedule: | | |
|---|---|---|
| Number of Payments | Monthly Payment Amount | Payment Due Date |
| | $ | |

| 5th Payment Schedule: | | |
|---|---|---|
| Number of Payments | Monthly Payment Amount | Payment Due Date |
| | $ | |

**NOTICE:** ANY HOLDER OF THIS AGREEMENT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF, RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

| CLUB REPRESENTATIVE | MEMBER | PARENT OR GUARDIAN |
|---|---|---|

**ABC FITNESS** **REQUEST FOR PREAUTHORIZED PAYMENT** PLEASE ATTACH A VOID OR BLANK CHECK
We hereby request the privilege of paying to ABC Fitness Solutions, LLC ("The Company"), Sherwood, AR 72124, and further authorize the Company to draw items (checks, electronic fund transfers, charge card) for the purpose of paying said payments, including any late fees or service fees, on the account of:

**REQUIRED FOR ALL EFT AND CREDIT CARD DRAFT ACCOUNTS**

Payment Method: Credit Card

| BANK NAME | ROUTING NUMBER (9 DIGITS) | ACCOUNT NUMBER | ACCOUNT TYPE | ACCOUNT OWNER |
|---|---|---|---|---|
| | [redacted] | [redacted] | | MARIA CURTISS |

| CARD TYPE | ACCOUNT NUMBER | EXPIRATION M/Y | CARD OWNER |
|---|---|---|---|
| Visa | [redacted] | [redacted] | MARIA CURTISS |

Subject to the following conditions:
(1) The items outlined in Your Membership Agreement (monthly dues, annual fees, enrollment fees, etc.) shall be drawn on or about the date or dates set forth in the Membership Agreement. By signing below, You authorize the Company to draft via EFT said amounts from the account or card identified herein. The transactions on Your bank, debit, or credit card statement shall constitute receipt for payment on Your account.
(2) One-Time Transfers: When You provide a check as payment, You authorize the Company either to use information from Your check to make a one-time EFT from Your account or to process the payment as a check transaction. When the Company uses information from Your check to make an electronic fund transfer, funds may be withdrawn from Your account as soon as today's date.
(3) If Your regular payments set forth in Your Club Agreement should vary in amount, You are entitled to notice at least 10 days before each payment of when it will be made and how much it will be. However, by executing this preauthorization, You choose to instead get this notice only when the payment would differ by more than $50.00 from the most recent payment You have made.
(4) By executing this Agreement, You acknowledge Your awareness that certain disclosures required by the Electronic Funds Transfer Act and its regulations are available for Your review at the Company's website: www.abcfitness.com under Terms of Service.
(5) The privilege of making EFT payments under this arrangement may be revoked by the Company if any item is not paid upon presentation.
(6) If this preauthorization payment arrangement is revoked for any reason, this does not release You from Your obligation under Your Membership Agreement.
(7) If any payment is not paid upon presentation to Your bank or credit/debit card company for any reason, a service fee will be assessed and drafted. A late fee will be assessed and drafted should any monthly payment become past due.
(8) By executing this Agreement, You understand Your Club's and Club's agents, including its third party payment processing companies ("Club's Agents"), to store the account or card information provided by You through any means to Club or Club's Agents (including information provided in person, online or over the phone) for purposes of making any payment in relation to this Agreement and/or Your Club Membership Agreement ("Club Agreement"), as well as any other account or card information provided by You through any means to Club or Club's Agents will use the stored Payment Information to process payment of all dues, fees, taxes, purchases and incidental charges that are due or will become due, including all items on the Payment Schedule, items identified in Your Club Agreement, membership-related obligations, personal training purchases, group exercise purchases, childcare fees, or other purchases. Club and/or Club's Agents may also use the stored Payment Information to process payments owed in relation to all subsequent Agreements entered between You and Club. The fixed dates or intervals on which transactions will be processed and the transaction amounts (including all associated fees, taxes, and charges) and/or a description of how they will be calculated are more specifically set forth in the Payment Schedule and other terms of Your Club Agreement. If Your Club Agreement automatically renews at the end of the Term defined therein, the stored Payment Information will be used to process payments owed in relation to the renewal Term. This consent to store Payment Information will not expire unless it is expressly revoked. The general cancellation and refund policies provided in Your Club Agreement will apply to this consent. If any changes are made to the terms of this consent, an e-mail notifying You of such changes will be sent to the e-mail address provided by You on the face of Your Club Agreement, or, if an e-mail is not provided, notice will be sent to the mailing address provided on Your Club Agreement.
(9) This preauthorization payment arrangement shall apply to the following Applicant(s):

Date: 07/02/2023    Account Holder Signature: _____

**NOTICE TO CUSTOMER**
You are entitled to a copy of this contract at the time you sign it.
You may cancel this contract at any time before midnight of the third operating day after receiving a copy of this contract.
If you choose to cancel this contract, you must either:

1. If you cancel this contract within the three-day period, you are entitled to a full refund of your money. If the third operating day falls on a Sunday or holiday, notice is timely given if it is mailed or delivered as specified in this notice on the next operating day. Refunds must be made within thirty operating days of receipt of the cancellation notice by the health spa. 'Operating day' means any day on which patrons may inspect and use the facilities and services of the health spa during a period of at least eight hours.

2. Members who choose to cancel within this three-day (3) period may choose from either of the following options: send electronic mail to cancelrequest@mountainsidefitness.com, send a signed and date notice by certified mail, return receipt request to 7135 E. Camelback Rd., Suite 235, Scottsdale, AZ 85251, or personally complete a Cancellation Request form at the following location [HOME Club].

If you cancel this contract within the three-day period, you are entitled to a full refund of your money. If the third operating day falls on a Sunday or holiday, notice is timely given if it is mailed or delivered as specified in this notice on the next operating day. Refunds must be made within thirty operating days of receipt of the cancellation notice by the health spa. 'Operating day' means any day on which patrons may inspect and use the facilities and services of the health spa during a period of at least eight hours.
If you choose to cancel this Agreement at a later date, outside of the three-day period, you must either:
1. Send a signed and dated notice of cancellation by certified mail, return receipt requested; To the Following address [HOME Club] or
2. Personally complete an electronic Cancellation Request form at the following location [HOME Club], the digital Cancellation Request form must be completed in its entirety and, in doing so, a digital confirmation will be e-mailed to the electronic mail address on file showing a signature and date of completion.

**ADDITIONAL CANCELLATION RIGHTS**
1. This Agreement is subject to cancellation by notice sent by certified mail, return receipt requested, or personally delivered to any Mountainside Fitness Center location, under the following specified circumstances:
A. The member's death or permanent disability;
B. The member's change of permanent residence to a location more than twenty-five (25) miles from a MFA or an affiliated health spa offering the same or similar services and facilities at no additional expense to the member; or
C. The member is a member of the United States Military, including a member of the National Guard or a reserve unit, and is serving on federal active duty and deployed outside this state. The request for cancellation or suspension must be made by the member or the member's legally designated representative, must include a copy of the member's official military orders or a written verification from the member's commanding officer and must be made within ninety days after the member receives notice of serving on federal active duty and deployment outside this state. If the contract is suspended under this subsection, the health spa shall not charge any fees to reinstate the contract and shall maintain the original payment obligations set forth in the original contract. A contract that is suspended under this subsection is subject to cancellation two years after the date of suspension if the customer fails to reinstate the contract.
In a cancellation under subsection A, B or C, MFA may retain the portion of the total contract price representing the services used plus reimbursement for the expenses incurred in an amount not to exceed twenty-five percent of the total contract price.
2. Other than cancellations set forth above dealing with the three-day period or the circumstances described in subsections 1A, 1B and 1C, all other cancellations permitted by this Agreement must be done in person at the MFA center specified in the contract by the member's personal delivery of a signed and dated 30-day written notice of cancellation. The member will be required to make any payments that are due within the 30-day notice.
3. In the event, that the fitness center is not open for business for four (4) or more consecutive calendar days, while the fitness center remains continuously closed the member may alternatively send a signed and dated notice of cancellation by certified mail, return receipt requested, to the fitness center.

**MEMBERSHIP TERMS**
You have signed a ____ month agreement with Mountainside Fitness Acquisitions. "MFA" agrees to release Member from the terms of this Agreement upon written notice termination in addition to qualifying for cancellation under the rules of the terms of the agreement. Member may also cancel at the end of agreement within thirty days of the end of agreement term. Member may qualify for cancellation by way of fulfillment of agreement terms and or buying out of remaining value of agreement with written notice prior to renewal date at a rate of twenty five percent of the remaining agreement value. Members who cancel within 90 days of their membership will pay the annual fee before cancellation. All members are subject to annual fee charges with any active membership for any duration of active membership. This Agreement is non-transferable and any payments made pursuant to this Agreement are non-refundable except as otherwise prohibited by law. MFA reserves the right to terminate this Agreement with notice at any time with or without cause. MFA may charge an annual fee for each active Member within 90 days of this Agreement. The Member's Membership Fee and the annual Fee constitute the "Membership Dues" and are subject to change by MFA with prior notice to Member. Should the Member default on any amounts due under this Agreement, Member agrees to pay all costs of collection fees, including, but not limited to, collection agency fees, court cost, attorney fees, etc "MFA" reserves the right to make member to pay 25% of remaining value of all agreements prior to any agreement being canceled. A 25% buyout of is applied to all Agreements for Personal Training, childcare, team training boot camps or other services offered through MFA. **Failure to utilize MFA's facilities does not relieve the Member of the obligation to pay the Membership Dues and compliance with cancellation procedures. Members must cancel prior to the end of the prior month to avoid billing for the following month. Once a new month begins membership dues may not be refunded or altered.**

**IMPORTANT: ASSUMPTION OF RISKS; WAIVER/RELEASE OF PERSONAL INJURY CLAIMS; RELEASE AND WAIVER OF LIABILITY AND INDEMNITY:**
Member acknowledges that participation in strenuous physical activities, including, but not limited to, aerobic dance, weight training, stationary bicycling, various aerobic conditioning machinery and various programs offered by MFA ("Physical Activities") involve the inherent risk of physical injuries or other damages, including, but not limited to, heart attacks, muscle strains, pulls or tears, broken bones, shin splints, heat prostration, knee/lower back/foot injuries and any other illness, soreness, or injury however caused, occurring during or after Member's participation in the Physical Activities. Member further acknowledges that such risks include, but are not limited to, injuries caused by Member's failure to follow instructions, improper use of equipment, over-exertion by Member, slip and fall by Member, or unknown health problems of Member. Member hereby agrees to assume all risk and responsibility involved with participation in the Physical Activities. Member affirms that Member is in good physical condition and does not suffer from any disability that would percent or limit participation in the Physical Activities. By signing this Agreement, Member asserts that he or she is capable of participating in the Physical Activities. Member agrees to assume all risk and responsibility related to his or her physical limits. Member, on behalf of Member, his is his heirs, assigns and next of kin, agrees to fully release MFA (as well as any of its owners, employees, or other authorized agents including independent contractors) from any and all liability, claims and/or any litigation actions that Member may have for injuries, disability or death or other damages of any kind arising out of participation in MFA Physical Activities. If Member and participant are not one and same person, Member hereby makes the representations and warranties set forth herein for Participant and agrees to indemnify MFA from any claims made by Participant against MFA arising under this Agreement of Participant's use of service provided under this Agreement. Member, also hereby acknowledges and agrees that use by Member's minor children of MFA's facilities, services, equipment or premises, involves risks of injury and Member assumes full responsibility for such risks. In consideration of Member and Member's minor being permitted to enter any facility of MFA for any purpose, including, but not limited to, observation, use of facilities, services or equipment, or participation in any way, Member agrees to the following: that Member's assumption of risks and waiver/release applies to Member's minor children while Member's minor children are in, upon or about MFA premises or using any MFA facilities, services or equipment. Member also agrees to indemnify MFA from any loss, liability, damage or cost MFA whether cause is by the negligence or Member(s) or otherwise. Member acknowledges and agrees that MFA employees or affiliated personnel have no expertise in diagnosing, examining, or treating medical conditions of any kind or in determining the effects for any specific exercise on specific medical conditions. Member hereby represents that, any Member is legally responsible for children receiving privileges under this Agreement. Member releases MFA of any liability related to the presence of or transmission of any bacteria, viruses, or infectious diseases. *Member Initials:* ___

**CHILDCARE WAIVER:** When registering each child in an MFA childcare facility, parent and Member accepts all responsibility for the safety of the child and agrees that MFA is to be held harmless and free of any liability for any possible accident, injury, or illness incurred while visiting MFA childcare. *Member Initials:* ___

**PHOTO AND VIDEO RELEASE:** Member gives MFA and its employees, agents and vendors the right to use these sound, still, or moving images in any and all media, now or hereafter known, and for any purpose whatsoever. Member hereby releases MFA, its agents, vendor, employees all rights to exhibit this work in all media including and not limited to electronic form publicly or privately. Member waives any rights, claims or interest Member may have to control the use of my identity or likeness in the sound, still or moving images and agree that any uses described herein may be made without compensation or consideration to Member. *Member Initials:* ___

**PERSONAL TRAINING / COACH / INSTRUCTOR WAIVER:** When a Member engages in physical activity as led by a personal trainer, fitness coach, instructor or the like Member acknowledges that personal training, fitness coaching and class instruction hereunder include participation in strenuous physical activities, including but not limited to, weight lifting, aerobic conditioning including the use of stationary cycles, treadmills and other mechanized cardio equipment, exercises in which the participant uses their own body weight for exercise, and use of various fitness apparatus throughout MFA locations include an inherent risk of physical injury or other personal physical damages. Member further acknowledges that such risks include but are not limited to, injuries caused by failure to follow instructions, modification of movement, improper use of equipment, over-exertion by Member, slip and fall by Member, and or unknown health problems of Member. Member hereby agrees to assume all risk and responsibility involved with participation in physical activities. When a Member chooses to engage in instructor, fitness coach or personal training services Member asserts that he or she is capable of participating in physical activities. *Member Initials:* ___

**GENERAL TERMS AND CONDITIONS OF MEMBERSHIP**
WWW.MOUNTAINSIDEFITNESS.COM
MEMBER ACKNOWLEDGES BELOW THAT HE OR SHE HAS CAREFULLY READ THIS RELEASE AND WAIVER OF LIABILITY AND INDEMNITY PROVISION AND FULLY UNDERSTANDS THAT IT IS A RELEASE OF ALL LIABILITY DESCRIBED HEREIN. IN ADDITION, MEMBER DOES HEREBY WAIVE ANY RIGHT THAT MEMBER MAY HAVE, BY OR ON BEHALF OF HIM OR HERSELF, HIS OR HER SPOUSE OR ANY CHILD (MINOR OR OTHERWISE) TO BRING A LEGAL ACTION OR ASSERT A CLAIM FOR INJURY OR LOSS OF ANY KIND AGAINST MFA IN CONNECTION WITH SERVICES PROVIDED UNDER THIS AGREEMENT. MEMBER FURTHER EXPRESSLY AGREES THAT THIS ASSUMPTION OF RISK AND RELEASE AND WAIVER OF LIABILITY AND INDEMNITY AS PROVIDED HEREIN IS INTENDED TO BE AS BROAD AND INCLUSIVE AS PERMITTED BY THE LAWS OF THE STATE OF ARIZONA AND IF ANY PORTION HEREOF IS HELD INVALID, IT IS AGREED THAT THE BALANCE OF THE AGREEMENT SHALL CONTINUE IN FULL FORCE AND EFFECT.

**MEMBERSHIP FREEZES:** Only successful memberships qualify for medical and military freezes at no cost. All other freezes will incur a $10 fee per Member with a max of $20 for family memberships. A membership will be allowed to be frozen (monthly membership dues are temporarily suspended or prepaid Member renewal date is extended) when extenuating circumstances prohibit you from using the facility. All 18 month freezes regardless of circumstances will extend their 18 month contract for the amount of months on freeze. All accounts balances must be zero. All membership freeze requests must be made in writing, must be received by the last day of the month and are Not Retroactive. NO EXCEPTIONS, PLEASE. Freeze fee will process monthly instead of dues. Documentation of deployment must accompany any military freeze. A physician's note must accompany any medical freeze request. All freeze requests can be done for a maximum of 4 months.

**ADDITIONAL USAGE & FEES:** MFA reserves the right at any time to alter its facility operations, and the right to amend the cost of, add, modify, and/or eliminate any program, facility, activity, class, or service at our sole discretion. MFA may change or alter Members rates or amenities, charges according to proven usage of an item including childcare, tanning, executive locker service, or personal training. Members who add amenities to their membership during their initial membership enrollment may have monthly charges added to their recurring fees. MFA reserves the right to upgrade membership rates to the appropriate plan when a Member no longer qualifies to a plan due to age; i.e., a child or a student that exceeds the age set by their plan may be moved to the current available rate.

**ADDITIONAL TERMS:** Member agrees that MFA will not be responsible for any loss, theft, or damage of personal property. Member agrees to be subject to and abide by all rules and regulations of MFA now in force or adopted in the future, including those governing use of MFA facilities, equipment and dress code. Breach of any rule or regulation may result in revocation of privileges and possible termination of this Agreement with or without notice. This Agreement is made under and governed by the laws of the State of Arizona. If any term or provision of this Agreement shall in any event be deemed invalid or unenforceable, the remainder of this Agreement shall not be affected thereby, and each term and provision of this Agreement shall be valid and enforceable to the fullest extent permitted by law.

This Agreement constitutes a binding Agreement between Member and the limited liability company of Mountainside Fitness Acquisitions for the facility in which the Member signs the Agreement.

**CAMERAS AND FOOTAGE:** MSF has Cameras and digital recording devices in most of their facilities. MSF uses these cameras for the purpose of staff and member management and viewing of the childcare centers. All Persons using the facility agree to allow MSF to broadcast live footage to workout areas throughout the club and consent to cameras being utilized in the facility and in the childcare areas while using MSF. The Member does not hold "MFA" responsible for video footage of minors and holds MSF harmless for footage of minors while at the MSF and "MFA" facilities. MSF does not make or imply any guarantees of storing footage or retaining digital video files. Members understand and agree to holding MSF harmless of any lost footage or being unable to retrieve footage at any time. Members should report injuries within thirty minutes of any incident or injury and agrees to hold MSF harmless as well as releases MSF of any liability for any injuries not reported within the aforementioned time frame. MSF is not responsible for any video footage or media of any kind and is not responsible to prove

**CONTACT:** Member affirms, acknowledges and attests that Member's mailing address, telephone number, cellular telephone number and e-mail address provided on the face of this agreement are accurate and were provided by Member voluntarily. Subject to applicable law, Member agrees that MFA and ABC Fitness Solutions, LLC, including its agents, affiliates, and vendors, not limited to it's debt collection agencies or attorneys, may contact Member at any mailing address, telephone number, cellular telephone number or e-mail address set forth on the face of this agreement, or subsequently provided by Member to MFA and/or ABC Fitness Solutions, LLC. Member affirms that in providing cellular number Mountainside fitness and its employees may contact member via text, phone call or other modern form of communication not listed. If you reply STOP to opt out of text alerts, the opt out will apply to text alerts only. *Member Initials:* ___

**ARBITRATION:** Member agrees that any dispute, controversy, or claim arising out of or relating in any way to the Membership Agreement, including without limitation any dispute concerning the construction, validity, interpretation, enforceability, or breach of this Membership Agreement, shall be exclusively resolved by binding arbitration administered by the American Arbitration Association under its Commercial Arbitration Rules. The place of the arbitration shall be of your club location and Arizona law shall apply. In the event of a claim arising out of or relating in any way to the Membership Agreement, the complaining party shall notify the other party in writing thereof through a demand for arbitration which shall be made within a reasonable time after the claim has arisen, and in no event shall it be made after two years from when the aggrieved party knew or should have known of the claim. Judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof. This arbitration clause shall also apply to any dispute, controversy, or claim between the Member and any third party with whom the Clubs contracts in order to perform its obligations or exercise its rights under this Membership Agreement, including without limitations, its third party payment processor, which is currently ABC Fitness Solutions, LLC.

MEMBER UNDERSTANDS AND AGREES THAT THE MEMBER AND THE CLUBS ARE WAIVING THE RIGHT TO A JURY TRIAL OR TRIAL BEFORE A JUDGE IN A PUBLIC COURT. NEITHER THE MEMBER NOR THE CLUBS SHALL BE ENTITLED TO JOIN OR CONSOLIDATE DISPUTES BY OR AGAINST OTHERS IN ANY ARBITRATION, OR TO INCLUDE IN ANY ARBITRATION ANY DISPUTE AS A REPRESENTATIVE OR MEMBER OF A CLASS, OR TO ACT IN ANY ARBITRATION IN THE INTEREST OF THE GENERAL PUBLIC OR IN A PRIVATE ATTORNEY GENERAL CAPACITY.

**E-SIGN CONSENT:** Certain laws and regulations may require MFA and/or ABC Fitness Solutions, LLC, to provide Member with written notices and disclosures on paper. With Member's consent, this information may be provided to Member electronically. Member's consent hereto shall apply to each and every disclosure, notice, agreement, statement, term and condition, and any other information (collectively, the "Documents") that MFA and/or ABC Fitness Solutions, LLC, may provide Member. Member's consent to receive the Documents electronically shall continue until expressly withdrawn by Member. Notwithstanding, Member may request a paper copy of all electronic Documents by contacting MFA and/or ABC Fitness Solutions, LLC, and requesting a paper copy. Member may withdraw its consent at any time by notifying the customer service department of MFA and/or ABC Fitness Solutions, LLC. Upon withdrawing consent, Member shall no longer receive the Documents electronically. Member acknowledges that withdrawing consent may result in additional fees for Member's receipt of the Documents. Member agrees to maintain a valid email address with MFA or ABC Fitness Solutions, LLC, and to promptly notify MFA and/or ABC Fitness Solutions, LLC, of any changes to Member's email address. If Member has provided another type of electronic contact information, such as a phone number, then Member may change that contact information by contacting the customer service department of MFA and/or ABC Fitness Solutions, LLC. To access, view and receive the Documents electronically, Member agrees and acknowledges that it must have: (i) a computer, mobile device, tablet or smartphone, (ii) a version of internet browser software that is up-to-date and supported by Member's electronic device, (iii) an internet connection, (iv) software that is capable of accurately reading and displaying electronic PDF files, (v) a computer or electronic device operating system capable of supporting the items above, and (vi) a printer or electronic storage device if Member desires to print any electronic Documents. Member acknowledges that it may also need a certain brand or device that can support applications intended for Member's electronic mobile devices, tablets and smartphones. In the event the required software or hardware is modified in such a way that would create a material risk to Member to access the Documents electronically, MFA and/or ABC Fitness Solutions, LLC, will notify Member following such material modification. By accepting the terms of this paragraph, Member does hereby agree to the terms and conditions of this paragraph and consents to the same. Member does also confirm that Member has the software and hardware described above, and that Member has the means necessary to access, view and receive the Documents electronically, and that Member has provided a valid and active email address to MFA and/or ABC Fitness Solutions, LLC.

**MEMBER SIGNATURE:** _____    **DATE:** 07/02/2023

**FOR ALL BILLING INQUIRIES, PLEASE CALL ABC FITNESS SOLUTIONS AT: 1-888-827-9262 • www.abcfitness.com**

# EXHIBIT B

