Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Attorney for Plaintiff and Putative Class

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and as representatives of the class,<br><br>Plaintiff,<br><br>v.<br><br>Mountainside Fitness Acquisitions, LLC,<br><br>Defendant. | Case No. 2:25-cv-01481-MTL |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DENY CLASS CERTIFICATION**

Plaintiff Chet Michael Wilson respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules of Civil Procedure 7.2(c) and 7.3, for a twenty-one (21) day extension of time, through and including **September 8, 2026**, to file his response to Defendant Mountainside Fitness Acquisition, LLC's Motion to Deny Class Certification and Memorandum in Support (Doc. 45). In support, Plaintiff states as follows:

1.  Defendant filed its Motion to Deny Class Certification and Memorandum in Support on August 4, 2026. (Doc. 45.)

2.  Under LRCiv 7.2(c), Plaintiff's response is presently due August 18, 2026.

3.  Plaintiff respectfully requests an additional twenty-one (21) days, through and including September 8, 2026, to prepare and file his response.

4.  This is Plaintiff's first request for an extension of the deadline to respond to Defendant's Motion to Deny Class Certification. See LRCiv 7.3(a).

5.  Counsel for Plaintiff conferred with counsel for Defendant concerning the requested extension. Defendant does not oppose the requested twenty-one-day extension. *See* LRCiv 7.3(b).

6.  The requested extension is sought in good faith, will permit Plaintiff sufficient time to prepare his response to the pending motion, and will not prejudice Defendant.

Accordingly, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff to respond to Defendant's Motion to Deny Class Certification (Doc. 45) through and including **September 8, 2026**.

DATED this 13th day of August, 2026.

/s/ *Anthony Paronich*
Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100

-2-