Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Attorney for Plaintiff and Putative Class

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Chet Michael Wilson, individually and as representatives of the class, | Case No. 2:25-cv-01481-MTL |
|---|---|
| Plaintiff, | |
| v. | |
| Mountainside Fitness Acquisitions, LLC, | |
| Defendant. | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Deny Class Certification, and good cause appearing,

**IT IS ORDERED** granting Plaintiff's Unopposed Motion for Extension of Time.

**IT IS FURTHER ORDERED** that Plaintiff shall have through and including **September 8, 2026**, to file his response to Defendant Mountainside Fitness Acquisition, LLC's Motion to Deny Class Certification and Memorandum in Support (Doc. 45).

DATED this ___ day of August, 2026.

_____
Honorable Michael T. Liburdi
United States District Judge