Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Attorney for Plaintiff and Putative Class

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and as representatives of the class,<br><br>Plaintiff,<br><br>v.<br><br>Mountainside Fitness Acquisitions, LLC,<br><br>Defendant. | Case No. 2:25-cv-01481-MTL |

### [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion to Modify Scheduling Order and Extend Case Deadlines, and good cause appearing,

**IT IS ORDERED** granting the Parties' Joint Motion to Modify Scheduling Order and Extend Case Deadlines.

**IT IS FURTHER ORDERED** that the February 18, 2026 Scheduling Order (Doc. 38) is modified as follows:

| Event | New Deadline |
| --- | --- |
| Completion of Fact Discovery | December 24, 2026 |
| Plaintiff's Expert Disclosures | January 24, 2027 |
| Plaintiff's Motion for Class Certification | February 7, 2027 |
| Joint Mediation Plan | February 11, 2027 |
| Defendant's Response to Class-Certification Motion | February 21, 2027 |
| Defendant's Expert Disclosures | February 23, 2027 |
| Plaintiff's Reply in Support of Class Certification | February 28, 2027 |
| Rebuttal Expert Disclosures | March 30, 2027 |
| Completion of Expert Discovery | April 29, 2027 |
| Dispositive Motions and Motions Challenging Expert Opinion Testimony | May 13, 2027 |

**IT IS FURTHER ORDERED** that the deadlines that have already passed, including the deadlines for lodging a proposed joint stipulated protective order, joining parties or amending or supplementing pleadings, and conducting and reporting on good-faith settlement talks, are not reopened or extended.

**IT IS FURTHER ORDERED** that all other provisions of the February 18, 2026 Scheduling Order (Doc. 38) shall remain in full force and effect.

DATED this ___ day of August, 2026.

_____

Honorable Michael T. Liburdi
United States District Judge