**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Chet Michael Wilson,

Plaintiff,

v.

Hatten Holdings Incorporated, et al.,

Defendants.

No. CV-25-01481-PHX-MTL

**ORDER**

Upon consideration of the Parties' Joint Motion to Modify Scheduling Order and Extend Case Deadlines (Doc. 50), and good cause appearing,

**IT IS ORDERED** granting the Parties' Joint Motion to Modify Scheduling Order and Extend Case Deadlines.

**IT IS FURTHER ORDERED** that the remaining deadlines set forth in the February 18, 2026 Scheduling Order (Doc. 38) are modified as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Completion of Fact Discovery | September 25, 2026 | **December 24, 2026** |
| Plaintiff's Expert Disclosures | October 26, 2026 | **January 24, 2027** |
| Plaintiff's Motion for Class Certification | November 9, 2026 | **February 7, 2027** |
| Joint Mediation Plan | November 13, 2026 | **February 11, 2027** |
| Defendant's Response to Class-Certification Motion | November 23, 2026 | **February 21, 2027** |

| | | |
|---|---|---|
| Defendant's Expert Disclosures | November 25, 2026 | **February 23, 2027** |
| Plaintiff's Reply in Support of Class Certification | November 30, 2026 | **February 28, 2027** |
| Rebuttal Expert Disclosures | December 30, 2026 | **March 30, 2027** |
| Completion of Expert Discovery | January 29, 2027 | **April 29, 2027** |
| Dispositive Motions and Motions Challenging Expert Opinion Testimony | February 12, 2027 | **May 13, 2027** |

**IT IS FURTHER ORDERED** that the deadlines that have already passed, including the deadlines for lodging a proposed joint stipulated protective order, joining parties or amending or supplementing pleadings, and conducting and reporting on good-faith settlement talks, are not reopened or extended.

**IT IS FURTHER ORDERED** that all other provisions of the February 18, 2026 Scheduling Order (Doc. 38) shall remain in full force and effect.

Dated this 17th day of August, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge