WATSTEIN TEREPKA LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
TELEPHONE (404) 783-0695
Ryan D. Watstein (*admitted Pro Hac Vice*)
ryan@wtlaw.com

QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Suite 600
Phoenix, AZ 85004-2322
TELEPHONE 602-229-5200

John M. O'Neal (015945)
John.ONeal@quarles.com
Zachary S. Foster (FL #111980) (*admitted Pro Hac Vice*)
Zachary.Foster@quarles.com
John H. Contrera (039704)
Jack.Contrera@quarles.com

*Attorneys for Defendant Mountainside Fitness Acquisition, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Mountainside Fitness Acquisition, LLC<br><br>Defendant. | NO. 2:25-cv-01481-MTL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Chet Michael Wilson and Defendant Mountainside Fitness Acquisition, LLC, by and through undersigned counsel, hereby stipulate and agree that this action, including all claims and causes herein, should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, the parties request that the Court enter the proposed order submitted herewith dismissing this action with prejudice.

RESPECTFULLY SUBMITTED this 27h day of August, 2026.

Anthony Paronich
anthony@paronichlaw.com
PARONICH LAW, P.C
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

Dana Oliver
dana@danaoliverlaw.com
Oliver Law Center Incorporated
8780 19th Street, Suite 559
Rancho Cucamonga, CA 91701
Telephone: (562) 500-0600
Facsimile: (888) 570-2021

By: */s/ Anthony Paronich*
Anthony Paronich

*Attorneys for Plaintiff*

WATSTEIN TEREPKA LLP
75 14th Street NE, Suite 2600
Atlanta, GA 30309

By: */s/ Ryan D. Watstein*
Ryan D. Watstein (*Pro Hac Vice application submitted)*

QUARLES & BRADY LLP
One Renaissance Square
Two North Central Ave., Suite 600
Phoenix, AZ 85004-2322

By: */s/ John M. O'Neal*
John M. O'Neal

*Attorneys for Defendant Mountainside Fitness Acquisition LLC*