WATSTEIN TEREPKA LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
TELEPHONE (404) 783-0695
Ryan D. Watstein (*admitted Pro Hac Vice*)
ryan@wtlaw.com

QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Suite 600
Phoenix, AZ 85004-2322
TELEPHONE 602-229-5200

John M. O'Neal (015945)
John.ONeal@quarles.com
Zachary S. Foster (FL #111980) (*admitted Pro Hac Vice*)
Zachary.Foster@quarles.com
John H. Contrera (039704)
Jack.Contrera@quarles.com

*Attorneys for Defendant Mountainside Fitness Acquisition, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chet Michael Wilson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Mountainside Fitness Acquisition, LLC<br><br>Defendant. | NO. 2:25-cv-01481-MTL<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Parties' *Stipulation for Dismissal with Prejudice*, and good cause appearing,

IT IS ORDERED that this matter is dismissed with prejudice.

DATED this ______ day of _______________, 2026.

_________________________
Judge Michael T. Liburdi