# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Chet Michael Wilson,

Plaintiff,

v.

Mountainside Fitness Acquisition LLC,

Defendant.

No. CV-25-01481-PHX-MTL

**ORDER**

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 52), and good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 52) is **GRANTED**. This action is hereby dismissed, with prejudice, in its entirety.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot.

**IT IS FINALLY ORDERED** directing the Clerk of Court to enter a judgment of dismissal and close this case.

Dated this 27th day of August, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge