**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Chet Michael Wilson,

Plaintiff,

v.

Hatten Holdings Incorporated, et al.,

Defendants.

**NO. CV-25-01481-PHX-MTL**

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 27, 2026, this action is dismissed with prejudice. This case is closed.

Daniel R. McAllister
District Court Executive/Clerk of Court

August 27, 2026

By s/ A.Roybal
Deputy Clerk